People v Corley (2021 NY Slip Op 50368(U))

[*1]

People v Corley (Julius)

2021 NY Slip Op 50368(U) [71 Misc 3d 134(A)]

Decided on April 27, 2021

Appellate Term, First Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on April 27, 2021
SUPREME COURT, APPELLATE TERM, FIRST
DEPARTMENT

PRESENT: McShan, J.P., Brigantti, Hagler, JJ.

570072/17

The People of the State of New York,
Respondent, 
against
Julius Corley, Defendant-Appellant.

Defendant appeals from a judgment of the Criminal Court of the City of New York, Bronx
County (Harold Adler, J.), rendered September 8, 2016, after a nonjury trial, convicting him of
driving while impaired, and imposing sentence.

Per Curiam.
Judgment of conviction (Harold Adler, J.), rendered September 8, 2016, affirmed.
The court properly denied defendant's suppression motion. Defendant's contention that the
arresting officer's testimony was riddled with contradictions and unworthy of belief is
unpreserved for appellate review since he did not raise this argument at the suppression hearing
(see CPL § 470.05[2]; People v Britton, 113 AD3d 1101, 1102 [2014], lv denied
22 NY3d 1154 [2014]; People v
Diaz, 69 Misc 3d 132[A], 2020 NY Slip Op 51210[U] [App Term, 1st Dept 2020],
lv denied 36 NY3d 972 [2020], lv dismissed 36 NY3d 1046 [2021]). We decline
to review this claim in the interest of justice. As an alternative holding, we reject it on the merits.
Since we do not find the officer's testimony to be manifestly untrue, contrary to common
experience, self-contradictory, or tailored, we decline to disturb the court's conclusion that the
testimony was credible (see People v
Garland, 155 AD3d 527, 529 [2017], affd 32 NY3d 1094 [2018], cert denied
 ___ US ___, 140 S Ct 2525 [2020]; People v Sanchez, 248 AD2d 306, 307 [1998],
lv denied 92 NY2d 928, 930 [1998]). The officer's observation of a traffic infraction and
erratic driving provided probable cause for the stop of defendant's vehicle (see People v Hinshaw, 35 NY3d
427 [2020]; People v Sullivan, 160 AD2d 824 [1990]).
All concur.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.

Clerk of the Court
Decision Date: April 27, 2021